**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2323**

---

RAMACHANDRAN VARADARAJAN,

Plaintiff - Appellant,

versus

UNITED STATES OLYMPIC COMMITTEE; UNITED STATES
FIELD HOCKEY ASSOCIATION, INCORPORATED,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CA-96-1062-A)

---

Submitted:  December 26, 1996          Decided:  January 31, 1997

---

Before HALL, WILKINS, and LUTTIG, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ramachandran Varadarajan, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his action under the Amateur Sports Act, 36 U.S.C. §§ 371-395 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Varadarajan v. United States Olympic Comm.</u>, No. CA-96-1062-A (E.D. Va. Aug. 5, 1996). We deny Appellant's Motion for Order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>